■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL MARSDEN, Appellant. — Judgment, Supreme Court, New York County (G. Roberts, J.), rendered on December 9, 1980, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Sullivan, J. P., Carro, Silverman and Fein, JJ.

■ SPONGE CLEAN PRODUCTS CO., INC., Appellant, v TEX-TREND, Respondent. — Judgment, Supreme Court, New York County (Myers, J.; D. Sullivan, J., on signature of judgment), entered on or about August 23, 1982, unanimously affirmed for the reasons stated by Myers, J., at Special Term, without costs and without disbursements. Concur — Sullivan, J. P., Silverman, Bloom, Fein and Alexander, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD ROBINSON, Appellant. — Judgment, Supreme Court, Bronx County (Rothwax, J.), rendered on January 7, 1980, unanimously affirmed. We agree that defendant was sentenced as a predicate felon and not as a violent predicate felon. No opinion. Concur — Sandler, J. P., Carro, Asch, Milonas and Kassal, JJ., concur.

■ In the Matter of JOHN MANZOLILLO, Appellant, v BOARD OF ESTIMATE OF THE CITY OF NEW YORK et al., Respondents. — Judgment, Supreme Court, New York County (M. Evans, J.), entered on October 1, 1981, unanimously affirmed for the reasons stated by Evans, J., at Special Term, without costs and without disbursements. Concur — Sandler, J. P., Carro, Asch, Milonas and Kassal, JJ.